|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TORI BELLE COSMETICS LLC, a Washington limited liability company,

    Plaintiffs,

v.

CYNTHIA MCKNIGHT, a New Hampshire citizen; ASHLEY BURDINE, an Idaho citizen; LYNDSEY YOCOM, a Virginia citizen; AMBER MICHELE MIRAYA, an Idaho citizen,

    Defendants.

No. 2:21-cv-00145-RSL

STIPULATION FOR EXTENSION OF TIME AND ORDER

    **WHEREAS**, on March 4, 2021, Plaintiff Tori Belle Cosmetics LLC ("Tori Belle") filed a First Amended Complaint in the above-captioned lawsuit (the "FAC") against Defendants Cynthia McKnight, Ashley Burdine, Lyndsey Yocom, and Amber Michelle Miraya (collectively, the "Defendants" and, together with Tori Belle, the "Parties").

    **WHEREAS**, in an effort to conserve judicial, party, and attorney resources, Tori Belle and Defendants are discussing potential resolutions of this matter that may obviate the need for further litigation.

    **WHEREAS**, in light of the above and subject to the Court's approval, the Parties have agreed that it would be in their mutual interest to extend the Defendants' deadline to answer or otherwise respond to the FAC and corresponding case deadlines.

STIPULATION FOR EXTENSION OF
TIME AND ORDER
(No. 2:21-cv-00145-RSL) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**NOW, THEREFORE**, Tori Belle and Defendants stipulate as follows:

1. Defendants' deadline to answer or otherwise respond to the FAC shall be Friday, April 9, 2021.

2. The Parties agree to, and with the Court's permission shall, exchange initial disclosures no later than Friday, April 16, 2021.

3. The Parties agree to, and with the Court's permission shall, file their Joint Status Report no later than Friday, April 16, 2021.

DATED:  March 30, 2021

| | |
|---|---|
| *s/ James F. Williams* | *s/ Peter A. Talevich* |
| James F. Williams, WSBA No. 23613 | Peter A. Talevich, WSBA No. 42644 |
| Zachary E. Davison, WSBA No.47873 | Daniel-Charles v. Wolf, WSBA No. 48211 |
| **Perkins Coie LLP** | **K&L Gates LLP** |
| 1201 Third Avenue, Suite 4900 | 925 Fourth Ave., Suite 2900 |
| Seattle, WA  98101-3099 | Seattle, WA 98104-1158 |
| Telephone:  206.359.8000 | Phone: (206) 623-7580 |
| Facsimile:  206.359.9000 | peter.talevich@klgates.com |
| Email:  JWilliams@perkinscoie.com | dc.wolf@klgates.com |
|            ZDavison@perkinscoie.com | |
| | Desiree F. Moore (*pro hac vice*) |
| *Attorneys for Defendants* | **K&L Gates LLP** |
| | 70 West Madison Street, Suite 3300 |
| | Chicago, Illinois 60602 |
| | Phone: (312) 372-1121 |
| | desiree.moore@klgates.com |
| | |
| | *Attorneys for Plaintiff* |

STIPULATION FOR EXTENSION OF
TIME AND ORDER
(No. 2:21-cv-00145-RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**ORDER**

Pursuant to the parties' stipulation, it is so ordered.

Dated this 31st day of March, 2021.

*[signature]*
THE HONORABLE ROBERT S. LASNIK
United States District Judge

Presented by:

*s/James F. Williams*
James F. Williams, WSBA No. 23613
Zachary E. Davison, WSBA No.47873
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  JWilliams@perkinscoie.com
          ZDavison@perkinscoie.com

*Attorneys for Defendants*

STIPULATION FOR EXTENSION OF
TIME AND ORDER
(No. 2:21-cv-00145-RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000