UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TORI BELLE COSMETICS LLC, a Washington limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA MCKNIGHT, a New Hampshire citizen; ASHLEY BURDINE, an Idaho citizen; LYNDSEY YOCOM, a Virginia citizen; AMBER MICHELE MIRAYA, an Idaho citizen,<br><br>　　　　　　　Defendants. | Case No. 21-cv-145-RSL<br><br>**STIPULATION REGARDING CASE SCHEDULE** |

### STIPULATION

Plaintiff Tori Belle Cosmetics LLC ("Tori Belle") and Defendants Cynthia McKnight, Ashley Burdine, Lyndsey Yocom, and Amber Michele Miraya (collectively, "Defendants" and together with Plaintiff, the "Parties") submit the following Stipulation.

**WHEREAS:**

1. Plaintiff filed its Complaint on February 4, 2021, Dkt. 1, its First Amended Complaint on March 4, 2021, Dkt. 5, and its Second Amended Complaint on May 5, 2021, Dkt. 23;

2. The Court entered a Minute Order Setting Trial Date and Related Dates on June 3, 2021, setting a trial date of September 12, 2022, and entering pretrial dates, Dkt. 28;

STIPULATION RE: CASE SCHEDULING ORDER - 1

3. Defendants moved to dismiss the Second Amended Complaint on May 19, 2021, Dkt. 26, which motion remains pending;

4. The Parties have met and conferred regarding the trial schedule and related dates, and wish to strike the existing case schedule to be replaced by an amended case schedule after the Court adjudicates Defendants' May 19, 2021 motion to dismiss (if such motion is not granted without leave to amend).

**NOW, THEREFORE,** the Parties hereby stipulate to the case schedule being stricken, and the Court's entry of an amended case schedule setting trial approximately one year from the date of its order on the motion to dismiss (if such motion is not granted without leave to amend).

IT IS SO STIPULATED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 21st day of June, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

K&L GATES LLP

By *s/ Peter A. Talevich*
Peter A. Talevich, WSBA # 42644
925 Fourth Ave., Suite 2900
Seattle, WA  98104-1158
Phone: (206) 623-7580
Email: peter.talevich@klgates.com

Desiree F. Moore, (*pro hac vice*)
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Phone: (312) 372-1121
Email: desiree.moore@klgates.com

*Attorneys for Plaintiff*
PERKINS COIE LLP

STIPULATION RE: CASE SCHEDULING ORDER - 2

1  By *s/ Zachary E. Davison*
2  James F. Williams, WSBA # 23613
   Zachary E. Davison, WSBA # 47873
3  1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3009
4  Phone: (206) 359-8000
   Email: JWilliams@perkinscoie.com
5          ZDavison@perkinscoie.com

6  *Attorneys for Defendants*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE: CASE SCHEDULING ORDER - 3