UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TORI BELLE COSMETICS LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA MCKNIGHT, a New Hampshire citizen; ASHLEY BURDINE, an Idaho citizen; LYNDSEY YOCOM, a Virginia citizen; AMBER MICHELE MIRAYA, an Idaho citizen,<br><br>Defendants. | Case No. 21-cv-145-RSL<br><br>**STIPULATION AND ORDER PERMITTING WITHDRAWAL OF K&L GATES LLP** |

**STIPULATION**

K&L Gates LLP, withdrawing counsel for Plaintiff Tori Belle Cosmetics LLC ("Tori Belle"); Ryan Swanson & Cleveland PLLC, newly appearing counsel for Tori Belle; and Defendants Cynthia McKnight, Ashley Burdine, Lyndsey Yocom, and Amber Michele Miraya (collectively, "Defendants") submit the following Stipulation.

On June 24, 2022, Adam Doupé of Ryan Swanson Cleveland PLLC appeared for Tori Belle. On June 28, 2022, Matthew C. Acosta of Platt Cheema Richmond PLLC applied to appear pro hac vice to represent Tori Belle along with Mr. Doupé. The undersigned attorneys for K&L

STIPULATION AND ORDER
PERMITTING WITHDRAWAL - 1

Gates LLP, Peter A. Talevich and Desiree F. Moore, respectfully ask the Court to permit K&L Gates to withdraw from representation of Tori Belle. Mr. Doupé will remain counsel for Tori Belle, and Mr. Acosta will also represent Tori Belle if and when he is admitted pro hac vice for this case.

Under Local CR 83.2(b)(1), an attorney for a party must obtain leave of the Court by filing a motion or a stipulation and proposed order of withdrawal. "A stipulation and proposed order for withdrawal must (1) be signed by all opposing counsel or pro se parties, and (2) be signed by the party's new counsel, if appropriate, or by the party." The below stipulation is signed by opposing counsel for all party, appearing counsel, and withdrawing counsel. Tori Belle will not be unrepresented in this case due to K&L Gates' withdrawal. Finally, the Court struck the existing case schedule on June 21, 2022, meaning that new counsel will have sufficient time to prepare the case and K&L Gates does not seek to withdraw within 60 days of the discovery cut-off. *See* Local CR 83.2(b)(1).

**NOW, THEREFORE,** the signatories below hereby stipulate to the withdrawal of Peter A. Talevich and Desiree F. Moore of K&L Gates LLP as counsel for Tori Belle. Tori Belle will continue to be represented by Adam Doupé of Ryan Swanson Cleveland, PLLC, and upon his admission, Matthew C. Acosta of Platt Cheema Richmond PLLC.

IT IS SO STIPULATED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 30th day of June, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER
PERMITTING WITHDRAWAL - 2

Presented by:

**Withdrawing Counsel:**

K&L GATES LLP

By *s/ Peter A. Talevich*
Peter A. Talevich, WSBA # 42644
925 Fourth Ave., Suite 2900
Seattle, WA  98104-1158
Phone: (206) 623-7580
Email: peter.talevich@klgates.com

Desiree F. Moore, (*pro hac vice*)
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Phone: (312) 372-1121
Email: desiree.moore@klgates.com

**Appearing Counsel:**

RYAN SWANSON & CLEVELAND, PLLC

By: Adam C. Doupé
Adam C. Doupé, WSBA #55483
RYAN SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 464-4224
Email: doupe@ryanlaw.com

*Attorneys for Plaintiff*

PERKINS COIE LLP

By *s/ Zachary E. Davison*
James F. Williams, WSBA # 23613
Zachary E. Davison, WSBA # 47873
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3009
Phone: (206) 359-8000
Email: JWilliams@perkinscoie.com
         ZDavison@perkinscoie.com

*Attorneys for Defendants*

STIPULATION AND ORDER
PERMITTING WITHDRAWAL - 3