UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORI BELLE COSMETICS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CYNTHIA MCKNIGHT, *et al.*,<br><br>  Defendants. | NO. C21-0145RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On August 24, 2022, counsel for Tori Belle Cosmetics filed an "Unopposed Motion to Withdraw as Counsel." Dkt. # 41. There is no indication that the motion is actually "unopposed:" the motion was apparently served on all parties and the client at the time of filing. The Clerk of Court is directed to renote the motion to withdraw (Dkt. # 41) on the Court's calendar for Friday, September 9, 2022.

DATED this 25th day of August, 2022.

　　　　　　　　　　　　　　　　　　/s/ Victoria Ericksen
　　　　　　　　　　　　　　　　Victoria Ericksen, Deputy Clerk to
　　　　　　　　　　　　　　　　the Honorable Robert S. Lasnik, Judge

MINUTE ORDER - 1