UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TORI BELLE COSMETICS LLC,

    Plaintiff,

    v.

CYNTHIA MCKNIGHT, *et al.*,

    Defendants.

Cause No. C21-0145RSL

ORDER GRANTING LEAVE TO WITHDRAW

    This matter comes before the Court on the "Unopposed Motion to Withdraw as Counsel for Tori Belle Cosmetics LLC." Dkt. # 41. The motion was served on Tori Belle and Ms. Hunter on or about August 24, 2022, via first class mail. The motion is GRANTED. Adam Doupé and Matthew C. Acosta are no longer counsel of record for Tori Belle. The Clerk of Court is directed to terminate counsels' participation in this case and to include the parties' contact information, as specified in Dkt. # 41 at 4, in the docket.

    Tori Belle is hereby advised that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation. Tori Belle shall have thirty days from the date of this Order in which to retain new counsel. If a timely notice of appearance is not filed, default will be entered against Tori Belle.

ORDER GRANTING LEAVE TO WITHDRAW - 1

Dated this 19th day of September, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2