UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TORI BELLE COSMETICS LLC,

    Plaintiff,

v.

CYNTHIA MCKNIGHT, *et al.*,

    Defendants.

Cause No. C21-0145RSL

ORDER EXTENDING TIME IN WHICH TO RETAIN COUNSEL

On September 19, 2022, the Court granted a motion to withdraw as counsel for Tori Belle Cosmetics LLC and Laura Hunter, giving the corporate entity thirty days in which to retain new counsel. Dkt. # 44. Ms. Hunter filed a motion seeking an extension of the appearance deadline. Dkt. # 45. Defendants oppose the extension of time and move to strike filings made on behalf of a non-represented entity.

The Court will exercise its discretion to grant Tori Belle an additional twenty-five days in which to retain counsel. If a notice of appearance is not filed by November 14, 2022, default will be entered against Tori Belle. No further extensions of this deadline will be granted.

Dated this 1st day of November, 2022.

                    */s/ Robert S. Lasnik*
                    Robert S. Lasnik
                    United States District Judge

ORDER EXTENDING TIME
IN WHICH TO RETAIN COUNSEL - 1