UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORI BELLE COSMETICS LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CYNTHIA MCKNIGHT, *et al.*,<br><br>　　　　　　　　Defendants. | Cause No. C21-0145RSL<br><br>ORDER GRANTING LEAVE TO WITHDRAW |

　　　This matter comes before the Court on "Plaintiff's Counsel [sic] Motion to Withdraw." Dkt. # 64. The Court has considered the reasons why withdrawal is sought, compliance with requirements of LCR 83.2(b), the non-opposition of other litigants, the potential harms withdrawal may cause to the orderly resolution of this case at this stage in the proceeding, and the possibility of delay caused by the withdrawal. The motion is hereby GRANTED. Ann LoGerfo and Elena Garella are no longer counsel of record for plaintiff. The Clerk of Court is directed to terminate counsels' participation in this case and to include plaintiff's contact information, as specified in Dkt. # 64, in the docket.

　　　Plaintiff has been and is hereby advised that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation. Plaintiff shall have fourteen days from the date of this Order in which to retain new counsel. If a timely notice of appearance

ORDER GRANTING LEAVE TO WITHDRAW - 1

is not filed, plaintiff's claims will be dismissed. The Clerk of Court is directed to note an attorney representation deadline on the Court's calendar for February 17, 2023.

      Dated this 7th day of February, 2023.

                                              */s/ Robert S. Lasnik*
                                          Robert S. Lasnik
                                          United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2