UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TORI BELLE COSMETICS LLC,

    Plaintiff,

v.

CYNTHIA MCKNIGHT, *et al.*,

    Defendants.

Cause No. C21-0145RSL

ORDER GRANTING LEAVE TO WITHDRAW

This matter comes before the Court on Paul A. Barrera's "Motion for Leave to Withdraw as Counsel for Plaintiff." Dkt. # 84. The unopposed motion to withdraw is hereby GRANTED. Mr. Barrera is no longer counsel of record for Tori Belle in the above-captioned matter. The Clerk of Court is directed to terminate counsel's participation in this case and to include in the docket Tori Belle's contact information as follows:

| | |
|---|---|
| 14241 NE Woodinville Duvall Rd<br>Suite 486<br>Woodinville, WA 98072[1] | c/o Robert Kitzberger<br>18212 190th Place NE<br>Woodinville, WA 98072[2] |

Tori Belle has filed for bankruptcy and the above-captioned matter has been statistically terminated. Dkt. # 83. The company has, on numerous occasions, been advised that a business

---

[1] Per Voluntary Petition for Bankruptcy filed in 23-BR-11122-TWD (W.D. Wash.).

[2] Per information provided by withdrawing counsel, Dkt. # 84 at 2.

ORDER GRANTING LEAVE TO WITHDRAW - 1

entity, other than a sole proprietorship, must be represented by counsel in federal litigation. It must therefore retain counsel before it will be permitted to participate in this case once the bankruptcy stay is lifted.

Dated this 6th day of November, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2