UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORI BELLE COSMETICS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA MCKNIGHT, *et al.*,<br><br>    Defendants. | Cause No. C21-0145RSL<br><br>AMENDED ORDER GRANTING LEAVE TO WITHDRAW |

This matter comes before the Court on counsels' "Motion for Leave to Withdraw as Counsel for Plaintiff." Dkt. # 84. The unopposed motion to withdraw is hereby GRANTED. Mr. Barrera and Ms. Oles are no longer counsel of record for Tori Belle in the above-captioned matter. The Clerk of Court is directed to terminate counsels' participation in this case and to include in the docket Tori Belle's contact information as follows:

| | |
|---|---|
| 14241 NE Woodinville Duvall Rd<br>Suite 486<br>Woodinville, WA 98072[1] | c/o Robert Kitzberger<br>18212 190th Place NE<br>Woodinville, WA 98072[2] |

Tori Belle has filed for bankruptcy and the above-captioned matter has been statistically terminated. Dkt. # 83. The company has, on numerous occasions, been advised that a business

---

[1] Per Voluntary Petition for Bankruptcy filed in 23-BR-11122-TWD (W.D. Wash.).

[2] Per information provided by withdrawing counsel, Dkt. # 84 at 2.

ORDER GRANTING LEAVE TO WITHDRAW - 1

1  entity, other than a sole proprietorship, must be represented by counsel in federal litigation. It
2  must therefore retain counsel before it will be permitted to participate in this case once the
3  bankruptcy stay is lifted.

      Dated this 7th day of November, 2023.

                                             */s/ Robert S. Lasnik*
                                            Robert S. Lasnik
                                            United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2